United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-15279-mdc
Robert Callahan                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey         Page 1 of 2          Date Rcvd: Dec 16, 2016
                          Form ID: 138NEW      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db          +Robert Callahan,    607 West Blooming Glen Drive,    Perkasie, PA 18944-1502
cr          +SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    PO BOX 65450,
              Salt Lake City, UT 84165-0450
cr          +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr           WELLS FARGO BANK, N.A.,    X2303-01A,    ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
cr           Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
cr          +Wells Fargo Bank NA,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
12480223    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
12574925     Bank of America Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
13379200    +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
12480226   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
12480224    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
              Salt Lake City, UT 84130-0285
12480225    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12521052     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12480227     Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
12480228     Freedom Cu,    Arsenal Bus Center,    Philadelphia, PA 19137
12490749    +Michael Schwartz, Esquire,    707 Lakeside Office park,    Southampton, PA 18966-4020
12480229    +Penn Foundation,    PO Box 32,    Sellersville, PA 18960-0032
12480230     Physician Billing - PB CHOP,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
12503215     WELLS FARGO BANK, NA,    HOME EQUITY GROUP,    X2303-01A- 1 HOME CAMPUS,
              DES MOINES, IA 50328-0001
12480231    +Wells Fargo Bank Nv Na,    Wells Fargo Card Services,    Po Box 9210,    Des Moines, IA 50306-9210
12581857    +Wells Fargo Bank,N.A.,    Business Direct Division,    100 W, Washington Street 8th Flr,
              Phoenix, AZ 85003-1803
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:07     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:52
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:47     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:09:35
              PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12505971     E-mail/Text: schmidtb@freedomcu.org Dec 17 2016 01:55:21     Freedom CU,
              CenterPointe Office Center,    626 Jacksonville Road, Suite 250,    Warminster, PA  18974-4862
12552356    +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:33     OAK HARBOR CAPITAL III, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12578492     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:09:34
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
cr*         +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
13240491*    Bank of America Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
13282196   ##+Bank of America, N.A.,    Mail Stop: CA6-919-01-23,    400 National Way,
              Simi Valley, California 93065-6414
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   The Bank of New York Mellon, et al
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor   Bank of America, National Association, et al...
           pabk@logs.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   The Bank of New York Mellon, et al
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Robert  Callahan msbankruptcy@verizon.net
          STEPHEN M HLADIK    on behalf of Creditor   The Bank of New York Mellon, et al
           shladik@hoflawgroup.com, debersole@hoflawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert Callahan
        Debtor(s)

Bankruptcy No: 11−15279−mdc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/16/16

42 – 41
Form 138_new