### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert Callahan
       Debtor(s)

CHAPTER 13

BKY. NO. 11-15279 MDC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA11, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3493

                    Respectfully submitted,

                    **/s/Thomas Puleo, Esquire**
                    Thomas Puleo, Esquire
                    Brian C. Nicholas, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406