United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 11-15279-mdc
Robert Callahan                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Dec 21, 2016
                             Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
13379200        +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Bank of America, National Association, et al...
           pabk@logs.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon, et al
           debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Robert  Callahan msbankruptcy@verizon.net
          STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon, et al
           shladik@hoflawgroup.com,  debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-15279-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Callahan
607 West Blooming Glen Drive
Perkasie PA 18944

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Bank of New York Mellon, f/k/a The Bank, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | THE BANK OF NEW YORK MELLON SERIES 2006-OA11 C/O Shellpoint Mortgage Servicing PO Box 10826 Greenville, SC 29603 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/23/16

Tim McGrath
**CLERK OF THE COURT**