United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-15279-mdc
Robert Callahan                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1              Date Rcvd: Jan 23, 2017
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db             +Robert Callahan,   607 West Blooming Glen Drive,   Perkasie, PA 18944-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    Bank of America, National Association, et al...
       pabk@logs.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon, et al
       debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      MICHAEL SETH SCHWARTZ    on behalf of Debtor Robert  Callahan msbankruptcy@verizon.net
      STEPHEN M HLADIK    on behalf of Creditor    The Bank of New York Mellon, et al
       shladik@hoflawgroup.com, debersole@hoflawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Robert Callahan                                                         : Case No. 11−15279−mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , January 23, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                           By The Court

                                                          Magdeline D. Coleman
                                                          Judge , United States Bankruptcy Court